UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | | |
|---|---|---|
| IN RE:<br>JUDITH J. MILLER<br>    DEBTOR | : | CHAPTER 13 |
| | : | CASE NO. 10-30127 LMW |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br>AS SUCCESSOR BY MERGER TO LASALLE BANK<br>NATIONAL ASSOCIATION AS TRUSTEE FOR<br>CERTIFICATEHOLDERS OF BEAR STERNS ASSET<br>BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE<br>LOAN PASS-THROUGH CERTIFICATES, SERIES<br>2003-ABF1<br>    MOVANT<br>VS.<br>JUDITH J. MILLER<br>    DEBTOR<br>MOLLY T. WHITON, TRUSTEE<br>    RESPONDENTS | : | APRIL 2, 2010 |

### OBJECTION TO CONFIRMATION

BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1, a secured creditor in the above bankruptcy case, by its undersigned counsel, BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1 respectfully objects to confirmation of Debtor's Plan and BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR

CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1 in support of its objection respectfully alleges:

1. Upon information and belief the Plan does not pay the total arrearages due and owing BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1.

2. BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1, further reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

3. BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1 further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES TRUST 2003-ABF1, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2003-ABF1 prays that confirmation of the Debtor's Plan be denied.

THE MOVANT

By: _____
Benjamin T. Staskiewicz, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed ID No. CT 21562

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent either via first-class prepaid mail or via ECF e-mail, on April 2, 2010, to the following parties of interest as follows:

**Judith J. Miller**
29 Pembroke Road
Hamden, CT 06514
(Debtor)

**Neil Crane**
Law Offices of Neil Crane, LLC
2700 Whitney Avenue
Hamden, CT 06518
(Debtor's Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford CT 06106
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By: _____
Benjamin T. Staskiewicz, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed ID No. CT 21562